# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ryan John Lenoir, | ) | Case No. 4:13-cr-186 |
| | ) | |
| Defendant. | ) | |

On February 21, 2020, the court issued an order releasing defendant to Prairie St. John's inpatient substance abuse treatment program. (Doc. No. 266). Among the conditions of release contained in that order was the requirement that defendant surrender to the United States Marshal's office in Fargo and return to custody upon his discharge from Prairie St. John's inpatient treatment program. (Id.).

On April 1, 2020, defendant filed a Motion to Modify Conditions of Release. (Doc. No. 260). He advises that he is scheduled to complete Prairie St. John's inpatient treatment program this week and then transition into its non-intensive outpatient treatment program. He seeks modification of the court's February 21, 2020, order to permit him to reside at his apartment in Fargo upon his discharge from Prairie St. John's inpatient treatment program so that he continue his treatment on an outpatient basis.

The court **GRANTS** defendant's motion (Doc. No. 269). The requirement that defendant surrender to the United States Marshal upon his discharge from Prairie St. John's outpatient treatment program is stricken. Upon his discharge from Prairie St. John's inpatient treatment program, defendant shall reside at his apartment in Fargo and shall not change this residence without

1

prior authorization from the pretrial services office. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. All other conditions of release set forth in the court's February 21, 2020, order remain in effect.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court